**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-24315-CIV-ALTONAGA/Torres**

**CHANTAL KAHALE**,

      Plaintiff,

v.

**CROSSROADS SDI, INC.**; *et al.*,

      Defendants.

_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court upon the parties' Revised Joint Motion to Approve Confidential Settlement Agreement and General Mutual Release [ECF No. 16], filed on December 16, 2020. The parties seek the Court's approval of their proposed Confidential Settlement Agreement and General Mutual Release ("Settlement Agreement"), submitted separately, which contains a provision for the award of attorney's fees. On December 9, 2020, the Court entered an Order [ECF No. 15] denying the parties' initial Joint Motion to Approve Confidential Settlement Agreement [ECF No. 14] because the parties failed to adequately explain or describe the amount of Plaintiff's attorney's fees. (*See generally* Dec. 9, 2020 Order).

The present Motion addresses these deficiencies, adequately explaining the amount of Plaintiff's attorney's fees. (*See* Mot. 3–5; *id.*, Ex. A, Plaintiff's Counsel's Affidavit, Billing Statement, and Legal Representation Agreement [ECF No. 16-1]). Upon review of the record and the parties' documented basis for a settlement of this FLSA case, including an award of attorney's fees to Plaintiff's counsel, the Court finds settlement of this action fair and reasonable.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

CASE NO. 20-24315-CIV-ALTONAGA/Torres

1. The Revised Joint Motion to Approve Confidential Settlement Agreement and General Mutual Release **[ECF No. 16]** is **GRANTED**.

2. The Settlement Agreement is **APPROVED** in its entirety.

3. This case is **DISMISSED with prejudice**, with each party to bear its own costs and attorney's fees except as otherwise agreed.

4. All pending motions are **DENIED as moot**.

5. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 17th day of December, 2020.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record